IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPER REED, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 5:19-cv-385-MTT |
| | * |
| GARY LONG, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 10, 2020, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 11th day of December, 2020.

              David W. Bunt, Clerk

              s/ Gail G. Sellers, Deputy Clerk