IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

REGINALD HOLDEN,                                    *

                 Plaintiff,                           *

v.                                                                      Case No. 5:19-cv-385-MTT

                                               *

GARY LONG, in his official capacity,

                                               *

                 Defendant.

_____    *

## J U D G M E N T

Pursuant to this Court's Order dated August 8, 2022 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff REGINALD HOLDEN on his First Amendment claim. Sheriff GARY LONG, in his official capacity, is PERMANENTLY ENJOINED from requiring HOLDEN to display a sign on his front yard relating to his registered sex offender status.

     This 8th day of August, 2022.

                                           David W. Bunt, Clerk

                                           s/ Gail G. Sellers, Deputy Clerk