IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER REED, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 5:19-cv-385-MTT |
| | * |
| GARY LONG, et al, | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed January 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $298,530.00. This amount shall accrue interest from the date of entry of judgment at the rate of 4.73 % per annum until paid in full.

This 13th day of January, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk